IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Syed Ali Shah and | ) | Case No. 12 B 33995 |
| Saira R. Durrani | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor(s). | ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

Syed Ali Shah and Saira R. Durrani ("Debtors"), by and through their attorneys the Law Offices of Konstantine Sparagis, P.C., move for the entry of an order for Entry of Final Decree, and in support thereof state as follows:

1. On August 28, 2012 the Debtors' filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.
2. On April 3, 2013, this Court entered an Order confirming the Plan of Reorganization ("Plan") filed by the Debtors.
3. The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed. In addition, distributions to the holders of allowed claims have commenced.
4. It is in the interests of judicial and private economy to enter a Final Decree and close the case.
5. The Debtors' request the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, Debtors Syed Ali Shah and Saira R. Durrani request the entry of a Final Decree closing this Chapter 11 case, and granting such other relief as may be just and appropriate.

/s/ Konstantine T. Sparagis

Konstantine T. Sparagis (ARDC No. 6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956