IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Syed Ali Shah and | ) | Case No. 12 B 33995 |
| Saira R. Durrani | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**To: Attached Service List.**

    PLEASE TAKE NOTICE that on June 18, 2013 at 10:30 a.m., or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 613, and shall then and there present, the Debtors' Motion For Final Decree, a copy of which is attached hereto to this Notice and hereby served upon you.

                                                                                  /s/ Konstantine T. Sparagis

Konstantine T. Sparagis (ARDC No. 6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956

## CERTIFICATE OF SERVICE

    I, Konstantine T. Sparagis, an attorney, certify that the foregoing Notice of Filing and Documents described therein were served upon the persons on the attached service list via ECF/Pacer Service where so noted and otherwise via first class U.S. Mail, postage pre-paid before 5:00 p.m. on June 5, 2013.

                                                                                  /s/ Konstantine T. Sparagis

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-33995<br>Northern District of Illinois<br>Chicago<br>Wed Jun  5 14:07:13 CDT 2013 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355 0701 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 |
| Webster Bank NA<br>609 West Johnson Avenue<br>Cheshire, CT 06410-4502 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | A/r Concepts<br>33 W Higgins Rd<br>South Barrington, IL 60010-9115 |
| Allied Interstate<br>3000 Corporate Exchange Dr.<br>Columbus, OH 43231-7684 | American Enterprise Bank<br>Attn:  Charles M. Kantro<br>600 North Buffalo Road<br>Buffalo Grove, Illinois 60089-2424 | American Enterprise Bank<br>Levin Ginsburg<br>180 N. LaSalle, Ste. 3200<br>Chicago, IL 60601-2800 |
| American Enterprise Properties 930 Washingto<br>c/o Charles M. Kantro<br>600 N. Buffalo Grove Road<br>Buffalo Grove, IL 60089-2434 | American Enterprise Properties WI<br>BFKPN Corp. Svcs. Inc.<br>200 W. Madison, Ste. 3900<br>Chicago, IL 60606-3459 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 |
| Arnold Scott Harris, P.C.<br>222 Merchandise Mart Plaza<br>Ste. 1932<br>Chicago, IL 60654-1420 | Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046-9046 | Blitt & Gaines, P.C.<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 |
| CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Care Credit/GEMB<br>PO Box 981127<br>El Paso, TX 79998-1127 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101-2039 | Chase Mht Bk<br>Attention: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-9816 | Creditors Financial Group, LLC<br>P.O. Box 440290<br>Aurora, CO 80044-1500 |
| Dean Tatooles<br>Levin Ginsburg<br>180 N. LaSalle, Ste. 3200<br>Chicago, IL 60601-2800 | Dearborn Wholesale Grocers<br>c/o Teller Levit Silvertrust et al<br>11 E. Adams St., 8th Fl.<br>Chicago, IL 60603-6324 | Debt Credit Services<br>1799 Akron-Peninsula Rd. Suite 120<br>Akron, OH 44313-4847 |

| | | |
|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Dmccb/HSBC<br>Hsbc Card Services<br>Po Box 5246<br>Carol Stream, IL 60197-5246 |
| Echelon Recovery Inc.<br>P.O. Box 1880<br>Voorhees, NJ 08043-7880 | FIA Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | First Financial Management, Inc.<br>PO Box 56245<br>Atlanta, GA 30343-0245 |
| Hsbc/eqlif<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 | Indymac Bank/Onewest bank<br>Attn:Bankruptcy<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JP Morgan Chase Bank, N.A.<br>700 Kansas Lane<br>Mail Code: LA4-5555<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank National Association<br>C/O<br>Pierce & Associates<br>1 N. Dearborn Ste 1300<br>Chicago, IL 60602-4373 | JPMorgan Chase Bank National Association<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602-4321 |
| JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI  48308-0730 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson<br>P.O. Box 06152<br>Chicago, IL 60606-0152 |
| Lvnv Funding Llc<br>P.o. Box 10584<br>Greenville, SC 29603-0584 | Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | Midland Funding<br>8875 Aero Dr<br>San Diego, CA 92123-2255 |
| National Credit Adjust<br>Po Box 3023<br>Hutchinson, KS 67504-3023 | Northstar Location Services<br>Attn: Fiancial Services Dept.<br>4285 Genesee St.<br>Glenwood, IL 60425-1636 | Ntl Crdt Sys<br>117 E 24th St<br>New York, NY 10010-2937 |
| Plaza Recovery, Inc.<br>PO Box 18008<br>Hauppauge, NY 11788-8808 | Professional Account Management<br>PO Box 1022<br>Wixom, MI 48393-1022 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rehana Rafat<br>3950 N. Lake Shore Dr., #317C<br>Chicago, IL 60613-3410 | Sam's Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| State of WI - Dept Workforce Dev<br>PO Box 7945<br>Madison, WI 53707-7945 | State of Wisconsin<br>DWD -UI<br>POB 8914<br>Madison, WI 53708-8914 | State of Wisconsin - Dept of Revenue<br>Mails Stop 5-CCU<br>PO Box 8901<br>Madison, WI 53708-8901 |

| | | |
|---|---|---|
| Vital Recovery Services, Inc.<br>PO Box 923747<br>Norcross, GA 30010-3747 | WFNNB<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Wachovia<br>Attn: Bankruptcy Dept.(T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265-9558 |
| Webster Bank<br>609  W Johnson Ave<br>Cheshire, CT 06410-4502 | Webster Bank NA<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602-4321 | Wells Fargo Bank, N.A.<br>4101 Wiseman Boulevard<br>Attn: BK Dept. Mac#7416-023<br>San Antonio, Texas 78251-4200 |
| Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Konstantine T Sparagis<br>Law Offices of Konstantine Sparagis  P C<br>8  S  Michigan Ave  27th Fl<br>Chicago, IL 60603-3327 | Konstantine T. Sparagis<br>Law Offices of Konstantine Sparagis P C<br>900 W. Jackson Blvd., Ste. 4E<br>Chicago, IL 60607-3745 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Saira R. Durrani<br>6606 N. Kenneth<br>Lincolnwood, IL 60712-3335 | Syed Ali Shah<br>6606 N. Kenneth<br>Lincolnwood, IL 60712-3335 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)A/R Concepts | (u)American Enterprise Properties, 930 Washin | (u)Citibank Sd, N.A. |
| (u)Discover Bank | (u)JPMorgan Chase Bank National Association | (u)Resurgent Capital Services |
| (u)Sears/CBNA | (d)American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (u)First Mortgage |
| (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients    10<br>Total                  81 | |