UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Syed Ali Shah and Saira R. Durrani<br><br><br>Debtor(s) | BK. No.:   12-33995<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

## FINAL DECREE

THIS MATTER coming to be heard upon the Motion of Debtors Syed Ali Shah and Saira R. Durrani for Entry of Final Decree, proper notice of this Motion having been provided, no objections have been interposed, this Court having determined that the Debtors' Plan of Reorganization has been substantially consummated, and this Court being fully advised in the premises.

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

Enter:



United States Bankruptcy Judge

Dated: **18 JUN 2013**

**Prepared by:**
Konstantine T. Sparagis (ARDC No. 6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956

Rev: 20130103_bko